IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH A. THORN,** | : CIVIL ACTION NO. 1:06-CV-0404 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **CREDITOR RECOVERY CORP.,** et al., | : |
| Defendants | : |

## ORDER

AND NOW, this 28th day of March, 2006, upon consideration of plaintiff's motion (Doc. 10) to dismiss the claims against defendant MidCoast Credit Corporation ("MidCoast") with prejudice, and it appearing that defendants MidCoast, Chase Manhattan Bank, and J.P. Morgan Chase concur in the motion[1] (see Doc. 10, Ex. 1), it is hereby ORDERED that:

1. The motion (Doc. 10) to dismiss the claims against defendant MidCoast Credit Corporation is GRANTED.

2. The claims against MidCoast Credit Corporation are DISMISSED with prejudice.

3. Defendant MidCoast Credit Corporation is DROPPED as a party to the above-captioned case. See FED. R. CIV. P. 21.

   /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Credit Recovery Corporation, although named as a defendant, has not yet entered its appearance in this action.