IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH A. THORN,** : | CIVIL ACTION NO. 1:06-CV-0404 |
| Plaintiff : | (Judge Conner) |
| v. : | |
| **CREDITOR RECOVERY CORP.,** : et al., : | |
| Defendants : | |

## ORDER

AND NOW, this 30th day of March, 2006, upon consideration of plaintiff's unopposed motion[1] (Doc. 12) to stay the case against defendants Chase Manhattan Bank and J.P. Morgan Chase (collectively, the "Chase Defendants"), averring that plaintiff has resolved its dispute with the Chase Defendants, but that the terms of the settlement are not complete, and it appearing that the initial case management conference is scheduled for April 11, 2006 (see Doc. 8), and that the remaining defendant, Credit Recovery Corporation, has not yet entered its appearance in this action, it is hereby ORDERED that:

1. The motion (Doc. 12) is GRANTED.

2. The initial case management conference is POSTPONED until further order of court.

---

[1] The court notes that the motion was not accompanied by a proposed order. See L.R. 7.1 ("Every motion shall be accompanied by a form of order which, if approved by the court, would grant the relief sought in the motion.").

3. Plaintiff and defendants Chase Manhattan Bank and J.P. Morgan Chase shall file, on or before April 17, 2006, a joint status report concerning the progress of settlement.

     /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge