# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH A. THORN**, | : CIVIL ACTION NO. 1:06-CV-0404 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **CREDITOR RECOVERY CORP.**, et al., | : |
| Defendants | : |

## ORDER

AND NOW, this 16th day of June, 2006, upon consideration of plaintiff's motion to dismiss the above-captioned case with prejudice (Doc. 22), and it appearing that the remaining defendant,[1] Creditor Recovery Corporation, concurs in the motion (see Doc. 22, Ex. 1), it is hereby ORDERED that:

1. The motion to dismiss (Doc. 22) is GRANTED.

2. The above-captioned case is DISMISSED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] Defendants Midcoast Credit Corporation, Chase Manhattan Bank, and J.P. Morgan Chase were dismissed from the instant case by orders of court dated March 28, 2006 and May 3, 2006. (See Docs. 11, 19.)